# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| JESSIE BAKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 23-00633-CV-W-WBG |
| | ) |
| MARTIN J. O' MALLEY, | ) |
| Commissioner of Social Security,[1] | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

\_\_\_ Jury Verdict. This action came before the Court for a trial by jury.

_X_ Decision by Court. This action came to trial or hearing before the Court.

The issues have been determined and a decision has been made.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Order entered by the Honorable W. Brian Gaddy on April 3, 2024, the Commissioner's decision is reversed and remanded for further proceedings.

Date: April 3, 2024

PAIGE WYMORE-WYNN
Clerk of Court

*/s/ Melissa Nolte*
By: Melissa Nolte, Courtroom Deputy Clerk

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin J. O'Malley, who was appointed Commissioner of Social Security, is automatically substituted as Defendant in this suit.